JAMES E. MILLER et al., Appellants, *v.* EDMORE HOMES CORP., Respondent, et al., Defendant.

Submitted April 11, 1955; decided April 14, 1955.

*Edward G. Wolff* for motion.

*Michael Goldberg* for defendant-respondent.

Motion granted.